UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| **BENJAMIN LAM,**         Plaintiff,   V.   **PORTFOLIO RECOVERY ASSOCIATES, LLC,**         Defendant. | **CIVIL ACTION NO. 5:17-14-KKC**   **ORDER** |

*** *** ***

This matter having come before the Court by a Notice of Voluntary Dismissal with prejudice [DE 4],

IT IS HEREBY ORDERED:

1. All pending deadlines are considered **SET ASIDE.**

2. This action shall be and hereby is dismissed with prejudice and shall be **STRICKEN FROM THE ACTIVE DOCKET.**

Dated May 12, 2017.

*[Signature]*
KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY